```
 1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
 2

 3  UNITED STATES OF AMERICA,    :    Case No. 5:24-cr-00200-D-BM2

 4       Plaintiff,              :
                                      Raleigh, North Carolina
 5            v.                 :    Wednesday, February 28, 2024
                                      4:43 p.m.
 6  JOEL MATTHIAS HOLLOWAY,      :

 7       Defendant.              :

 8  : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 9
                       TRANSCRIPT OF DETENTION HEARING
10                BEFORE THE HONORABLE BRIAN S. MEYERS,
                     UNITED STATES MAGISTRATE JUDGE
11
    APPEARANCES:
12
    For the Plaintiff:           U. S. Attorney's Office
13                               BY:  CASEY PEADEN, AUSA
                                 150 Fayetteville St., Suite 2100
14                               Raleigh, NC  27601

15  For the Defendant:           JONATHAN W. STILLO, ESQ.
                                 4242 Six Forks Road, Suite 1550
16                               Raleigh, NC  27609

17

18  Audio Operator:              COURT PERSONNEL

19
    Transcript prepared by:      JANICE RUSSELL TRANSCRIPTS
20                               1418 Red Fox Circle
                                 Severance, CO  80550
21                               (757) 422-9089
                                 trussell31@tdsmail.com
22

23  Proceedings recorded by electronic sound recording; transcript
    produced by transcription service.
24

25
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE COURT:  This is the time set for the detention |
| 3 | hearing in the case of United States versus Holloway, Case No. |
| 4 | 5:24-mj-1130.  This is a detention hearing that was set on the |
| 5 | Court's motion made by Judge Gates during the initial |
| 6 | appearance. |
| 7 | I do have here on the bench a form entitled Waiver of |
| 8 | Detention Hearing. |
| 9 | Is that how Mr. Holloway plans to proceed today? |
| 10 | MR. STILLO:  That is correct, Judge. |
| 11 | THE COURT:  Okay. |
| 12 | MS. PEADEN:  Your Honor, in light of that change in |
| 13 | events, the Government also moves to unseal today's proceedings |
| 14 | and this docket. |
| 15 | THE COURT:  Okay, very good. |
| 16 | The-- for the record, I -- nothing will be sealed |
| 17 | today, but what is already sealed with regards to the audio and |
| 18 | any transcript that may be produced from it from the initial |
| 19 | appearance, those portions will remain under seal unless |
| 20 | there's thoughts otherwise. |
| 21 | MS. PEADEN:  No, your Honor.  We would like for those |
| 22 | proceedings -- |
| 23 | THE COURT:  Okay. |
| 24 | MS. PEADEN:  -- to remain under seal.  But going |
| 25 | forward, and then the Complaint itself could be unsealed. |

Case 5:24-cr-00200-D-BM   Document 373   Filed 09/08/25   Page 2 of 7

1          THE COURT:  Okay, very good.  That --
2          Do you wish to be heard on that?
3          MR. STILLO:  I do not, Judge.
4          THE COURT:  Okay.  That is, motion to unseal the
5  Complaint in this, in the case in full is granted, again with
6  the exception of the sealed portions of the initial appearance,
7  audio recording, and any transcript that may be produced from
8  it.
9          Mr. Holloway, as I've said and your counsel has
10 confirmed, you wish to waive your right to a detention hearing,
11 is that correct?
12         THE DEFENDANT:  Yes, sir.  Yes, your Honor.
13         THE COURT:  In order to do so, there's several
14 questions I need to ask you in order to ensure that your waiver
15 is both knowingly and voluntarily made.
16         Do you understand that you have the right to a
17 detention hearing to determine whether you are detained pending
18 further proceedings in your case and that determination is made
19 based upon whether you are a risk of nonappearance or a risk of
20 safety to any other person in the community?  Do you understand
21 that?
22         THE DEFENDANT:  Yes, your Honor.
23         THE COURT:  Okay.  Do you understand that at the
24 detention hearing you have the right to be represented, which
25 you are here today, by counsel.  You have the right to hear and

```
 1  to challenge the Government's evidence and the right to present
 2  your own evidence?  Do you understand that?
 3              THE DEFENDANT:  Yes, sir.
 4              THE COURT:  Do you understand that as of this time the
 5  Court has not made a determination about whether you should be
 6  detained pending further proceedings in your case and that if
 7  you waive your right to a detention hearing, the hearing will
 8  not be held and you will be held in custody pending further
 9  proceedings in your case?
10              THE DEFENDANT:  Yes, sir.
11              THE COURT:  Has anyone made any promises to you or
12  threatened you in any way in order to get you to waive your
13  right to a detention hearing?
14              THE DEFENDANT:  No, sir.
15              THE COURT:  Have you had the opportunity to discuss
16  this waiver with your attorney?
17              THE DEFENDANT:  Yes, sir.
18              THE COURT:  Okay.
19              In a moment, I'll hold up the form that is in my hand
20  here.  It's entitled Waiver of Detention Hearing.  It states
21  that you, Mr. Holloway, understand you were charged with an
22  offense against the laws of the United States; you've been
23  informed of your rights and the Criminal Complaint that charges
24  you; you understand your right to be represented by counsel,
25  which, again, you are here today represented by counsel; you
```

```
 1  understand your rights; and that you waive your rights to a
 2  detention hearing in this case.  This form appears to be signed
 3  by you and your counsel.
 4          Now then, I'll hold this form up.  Mr. Holloway, did
 5  you sign this form, sir?
 6          THE DEFENDANT:  Yes, sir.
 7          THE COURT:  And do you waive your right to a detention
 8  hearing in this case?
 9          THE DEFENDANT:  Yes, sir.
10          THE COURT:  Based on the defendant's answers to the
11  Court's questions as well as his answers -- excuse me -- his
12  written Waiver of Detention Hearing, I do find that the waiver
13  is both knowingly and voluntarily made and it is, is accepted
14  by the Court.
15          Based upon the defendant's waiver, I find there are no
16  conditions or combination of conditions authorized by law that
17  would reasonably assure the defendant's presence as required or
18  reasonably assure the safety of any other person and the
19  community pending the outcome of this case.  I, therefore,
20  grant the Government's motion for detention.
21          Anything further on behalf of Mr. Holloway before we
22  conclude?
23          MR. STILLO:  Nothing, your Honor.
24          THE COURT:  Okay.
25          From the Government?
```

```
 1              MS. PEADEN:  No, your Honor.
 2              THE COURT:  Okay.
 3              Mr. Holloway, this concludes your detention hearing.
 4   You are remanded to the custody of the United States Marshal
 5   pending further proceedings in your case.
 6              Court is in recess.
 7              COURT SECURITY OFFICER:  All rise.  Court is in
 8   recess.
 9         (Proceedings concluded at 4:47 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF TRANSCRIBER

I, Janice Russell, court-approved transcriber, in and for the United States District Court for the Eastern District of North Carolina, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 8th day of September, 2025.

/s/ *JANICE RUSSELL*
JANICE RUSSELL
COURT-APPROVED TRANSCRIBER