UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. NO. 5:24-CR-200-D-BM-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JOEL MATTHIAS HOLLOWAY<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO SEAL DOCUMENT**

Upon review of the defendant's Motion to Seal and for good cause, it is hereby ordered that the defendant be allowed to file under seal his Motion.

The clerk of court shall provide defendant's counsel and the United States Attorney's Office with a copy of the filed Sealed Motions and Sealed Orders.

IT IS SO ORDERED.

This _3_ day of ~~October~~ November, 2025.

James C. Dever III
U.S. District Court Judge