IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-00200-D-2

UNITED STATES OF AMERICA          )
                                  )
            v.                    )
                                  )          ORDER
JOEL MATTHIAS HOLLOWAY,           )
            Defendant.            )


This matter is before the Court on the Defendant's motion to seal Docket Entry 431. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the __17__ day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge

1