IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-00200-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOEL MATTHIAS HOLLOWAY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 504. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the 27 day of August, 2026.

JAMES C. DEVER III
United States District Judge